# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEST VIRGINIA RIVERS COALITION and
WEST VIRGINIA HIGHLANDS CONSERVANCY

**Plaintiff(s),**

v.

AMSTED GRAPHITE MATERIALS LLC

**Defendant(s).**

Select Civ or Crim **NO:** 1:26-cv-00046-TSK

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Sean J. Radomski, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: August 25, 2026

Tom S Kleeh

United States District Judge