**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**WEST VIRGINIA RIVERS COALITION**
**and WEST VIRGINIA HIGHLANDS**
**CONSERVANCY,**

**Plaintiffs,**

**v.** **Civil Action No. 1:26-cv-00046-TSK**

**AMSTED GRAPHITE MATERIALS LLC,**

**Defendant.**

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In its reply brief in support of its pending motion to dismiss Plaintiffs' citizen suit, Defendant cited the United States' position in *NAACP v. x.AI,* No. 3:26-cv-74 (N.D. Miss.), that the similar citizen suit provision in the Clean Air Act is unconstitutional. ECF 26 at 15; *see also* ECF 8 at 22 n.16. Plaintiffs submit this notice that the court in that case recently issued a decision rejecting the United States' position. *NAACP v. x.AI*, No. 3:26-cv-74, 2026 WL 3124447 (N.D. Miss. Oct. 19, 2026). The court reasoned that citizen suits seeking civil penalties do not require the exercise of nondelegable executive power because "[c]itizen suit plaintiffs bring actions on their own behalf, seeking remedies, including civil penalties, to address their own injuries." *Id.* at *9. The court also reasoned that citizen suits do not interfere with the EPA's discretion to enforce the Clean Air Act because citizens can sue only when EPA chooses to forego enforcement and citizens cannot challenge EPA's decision not to enforce. *Id.*

DATED: October 27, 2026

Respectfully submitted,

**/s/ J. Michael Becher**
J. Michael Becher (WVBN 10588)
AMANDA DEMMERLE (WVBN 13930)
APPALACHIAN MOUNTAIN ADVOCATES, INC.
P.O. Box 11571
Charleston, WV 25339
Telephone: (304) 382-4798
Email: mbecher@appalmad.org
ademmerle@appalmad.org

**/s/ James M. Hecker**
JAMES M. HECKER (*PRO HAC VICE*)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Email: jhecker@publicjustice.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**WEST VIRGINIA RIVERS COALITION and WEST VIRGINIA HIGHLANDS CONSERVANCY,**

**Plaintiffs,**

**v.** **Civil Action No. 1:26-cv-00046-TSK**

**AMSTED GRAPHITE MATERIALS LLC,**

**Defendant.**

**CERTIFICATE OF SERVICE**

I, J. Michael Becher, hereby certify that on October 27, 2026, I filed the foregoing Plaintiffs' Notice of Supplemental Authority through the Court's ECF system, which will provide service and notification to the following:

**Allyn G. Turner**
Spilman Thomas & Battle PLLC
300 Kanawha Blvd E
P. O. Box 273
Charleston, WV 25321-0273
304-340-3800
Fax: 304-340-3801
Email: aturner@spilmanlaw.com

**Damien M. Schiff**
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
916-419-7111
Fax: 916-419-7747
Email: dschiff@pacificlegal.org

**David M Flannery**
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
(304) 353-8171
Fax: (304) 353-8183
Email: Dave.Flannery@steptoe-johnson.com

**Devon Joseph Stewart**
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326
304-353-8188
Fax: 304-933-8703
Email: dstewart@lewisgianola.com

**Kathy G Beckett**
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588

(304) 353-8172
Fax: (304) 353-8183
Email: Kathy.Beckett@steptoe-johnson.com

**Peter J. Raupp**
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
(304) 353-8125
Fax: (304) 353-8180
Email: peter.raupp@steptoe-johnson.com

**Sean J. Radomski**
Pacific Legal Foundation 3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
202-888-6881
Fax: 916-419-7747
Email: sradomski@pacificlegal.org

/s/ J. Michael Becher
J. Michael Becher