**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**WEST VIRGINIA RIVERS COALITION and WEST VIRGINIA HIGHLANDS CONSERVANCY,**

**Plaintiffs,**

**v.** **Civil Action No. 1:26-cv-00046-TSK**

**AMSTED GRAPHITE MATERIALS LLC,**

**Defendant.**

**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

In its reply brief in support of its pending motion to dismiss Plaintiffs' citizen suit, Defendant cited the United States' position in *NAACP v. x.AI,* No. 3:26-cv-74 (N.D. Miss.), that the similar citizen suit provision in the Clean Air Act (CAA) is unconstitutional. ECF 26 at 15; *see also,* ECF 8 at 22 n. 16. Plaintiffs submitted a notice that the court in that case issued a decision granting the United States' motion to intervene but rejecting its position. 2026 WL 3124447 (N.D. Miss. Oct. 19, 2026). ECF 29.

On October 30, 2026, the same court issued a second decision rejecting similar arguments by the two defendants that the CAA citizen suit provision is unconstitutional. Opinion and Order, No. 3:26-CV-74-DMB-JMV, attached as Exhibit A. Specifically, the court held that that provision does not violate Article II of the Constitution or the private nondelegation doctrine. *Id.* at 22-28. "Because citizen suit plaintiffs sue on their own behalf, in their own name, and seek penalties that redress harm to themselves, they are not exercising the federal government's executive power." *Id.* at 27. Because "Congress may 'allow[] private parties to enforce the law through civil litigation,' these powers are not always quintessentially executive functions which

cannot be delegated to a private party." *Id.* at 25, quoting *Medina v. Planned Parenthood S. Atl.*, 606 U.S. 357, 367 (2025).

DATED: November 2, 2026

Respectfully submitted,

**/s/ J. Michael Becher**
J. MICHAEL BECHER (WVBN 10588)
AMANDA DEMMERLE (WVBN 13930)
APPALACHIAN MOUNTAIN ADVOCATES, INC.
P.O. Box 11571
Charleston, WV 25339
Telephone: (304) 382-4798
Email: mbecher@appalmad.org
ademmerle@appalmad.org

**/s/ James M. Hecker**
JAMES M. HECKER (*PRO HAC VICE*)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Email: jhecker@publicjustice.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**WEST VIRGINIA RIVERS COALITION and WEST VIRGINIA HIGHLANDS CONSERVANCY,**

**Plaintiffs,**

**v.** **Civil Action No. 1:26-cv-00046-TSK**

**AMSTED GRAPHITE MATERIALS LLC,**

**Defendant.**

**CERTIFICATE OF SERVICE**

I, J. Michael Becher, hereby certify that on November 2, 2026, I filed the foregoing Plaintiffs' Notice of Supplemental Authority through the Court's ECF system, which will provide service and notification to the following:

**Allyn G. Turner**
Spilman Thomas & Battle PLLC
300 Kanawha Blvd E
P. O. Box 273
Charleston, WV 25321-0273
304-340-3800
Fax: 304-340-3801
Email: aturner@spilmanlaw.com

**Damien M. Schiff**
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
916-419-7111
Fax: 916-419-7747
Email: dschiff@pacificlegal.org

**David M Flannery**
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
(304) 353-8171
Fax: (304) 353-8183
Email: Dave.Flannery@steptoe-johnson.com

**Devon Joseph Stewart**
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326
304-353-8188
Fax: 304-933-8703
Email: dstewart@lewisgianola.com

**Kathy G Beckett**
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588

(304) 353-8172
Fax: (304) 353-8183
Email: Kathy.Beckett@steptoe-johnson.com

**Peter J. Raupp**
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
(304) 353-8125
Fax: (304) 353-8180
Email: peter.raupp@steptoe-johnson.com

**Sean J. Radomski**
Pacific Legal Foundation 3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
202-888-6881
Fax: 916-419-7747
Email: sradomski@pacificlegal.org

/s/ J. Michael Becher
J. Michael Becher