**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| WEST VIRGINIA RIVERS COALITION and WEST VIRGINIA HIGHLANDS CONSERVANCY,<br><br>Plaintiffs,<br><br>v.<br><br>AMSTED GRAPHITE MATERIALS LLC,<br><br>Defendant. | No. 1:26-cv-00046-TSK |

**DEFENDANT AMSTED GRAPHITE MATERIALS LLC'S MOTION TO STAY DISCOVERY**

COMES Now the Defendant, Amsted Graphite Materials, LLC ("Amsted"), by counsel, and hereby moves the Court pursuant to Federal Rule of Civil Procedure 26(c)(1) to stay discovery in this matter pending resolution of Amsted's Motion to Dismiss. ECF No. 5.

The legal basis for this Motion is fully set forth in the accompanying and contemporaneously filed Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Amsted respectfully requests that this Court stay discovery in this matter.

Respectfully submitted,

*/s/ Peter Raupp*

Peter Raupp, Esq. (WVSB #10546)
David M. Flanner (WVSB #1216)
Kathy G. Beckett (WVSB #4998)
Allyn G. Turner (WVSB #5561)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
Post Office Box 1588
Charleston, WV 25326-1588
Telephone: (304) 353-8000
Facsimile: (304) 353-8180
Peter.Raupp@Steptoe-Johnson.com

Dave.Flannery@Steptoe-Johnson.com
Kathy.Beckett@Steptoe-Johnson.com
Allyn.Turner@Steptoe-Johnson.com

And

Sean J. Radomski* (Pa. Bar # 319732)
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
(202) 888-6881
sradomski@pacificlegal.org

Damien M. Schiff* (Cal.. Bar #235101)
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
dschiff@pacificlegal.org

*Pro Hac Vice Pending

Counsel for Amsted Graphite Materials LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | | |
|---|---|---|
| WEST VIRGINIA RIVERS COALITION and WEST VIRGINIA HIGHLANDS CONSERVANCY,<br><br>Plaintiffs,<br><br>v.<br><br>AMSTED GRAPHITE MATERIALS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:26-cv-00046 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing "Defendant Amsted Graphite Materials LLC's Motion to Stay Discovery" with the Clerk of the District Court using the CM/ECF system, which is understood to have sent notification of such filing electronically to all counsel of record.

*/s/ Peter Raupp*
*Attorney for Defendant*