**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**WEST VIRGINIA RIVERS COALITION et al.,**

**Plaintiffs,**

**v.** **CIVIL NO. 1:26-CV-46 (KLEEH)**

**AMSTED GRAPHITE MATERIALS LLC,**

**Defendant.**

**ORDER SCHEDULING MOTION HEARING**

Pending before the Court is *Defendant's Motion to Dismiss Complaint* [ECF No. 7]. The Court **SCHEDULES** a hearing to take up the motion on **December 1, 2026**, at **2:30 p.m.**, at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 18, 2026

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA